

1  LOURDES G. BAIRD
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   HUGH W. BLANCHARD
4  ASSISTANT UNITED STATES ATTORNEY
       312 NORTH SPRING STREET
5      LOS ANGELES, CA.  90012
       213-894-2470
6  Attorneys for the Plaintiff

7              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,  )   CASE NO:  CV 91A-12164
9            Plaintiff,       )
                              )
10     v.                     )   DEFAULT JUDGMENT
                              )
11 CHEROLL J. PORTER,         )
                              )
12           Defendant(s).    )
                              )
13 _____/

14     In the above-entitled action, an affidavit on behalf of the
15 plaintiff satisfying the requirements of Rule 55 having been filed;
16     IT IS ADJUDGED that the United States of America, plaintiff,
17 do have an recover of and from CHEROLL J. PORTER the sum of
18 $1,359.24 as principal, $485.94 as accrued prejudgment interest,
19 $227.00 administrative charges, a surcharge of $188.95, and $20.00
20 costs, for a total amount of $2,281.13, plus interest at the
21 current rate until entry of judgment.
22     Judgment to accrue interest at the legal rate until paid.
23 DATED: DEC - 4 1991

                                   LEONARD A. BROSNAN, CLERK
                                   U.S. District Court
                                   Central District of California

                                   By: _____R. L. BYER_____
                                          Deputy Clerk